15 A.3d 18

JOHN SEALS AND JULIA SEALS, HIS SPOUSE, PLAINTIFFS–
MOVANTS, v. COUNTY OF MORRIS, DEFENDANT–RESPON-
DENT. AND TOWNSHIP OF WASHINGTON, ET AL., DEFEN-
DANT, v. JERSEY CENTRAL POWER & LIGHT, FIRST EN-
ERGY CORPORATION, DEFENDANTS–RESPONDENTS, AND
ANOTHER RELATED MATTER.

March 16, 2011.

This matter having been duly presented to the Court, it is ORDERED that the motion for leave to appeal is granted.